# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINETTE ANELA, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 17-5624 |
| | : | |
| AR RESOURCES, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _12th_ day of June, 2018, it is **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 8) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:

O:\ABB 2018\A-K\Anela v ARR Order Motion to Dismiss.docx